1  Bernard D. Bollinger, Jr. (State Bar No. 132817)
   Christian R. Greene (State Bar No. 211324)
2  BUCHALTER NEMER
   A Professional Corporation
3  1000 Wilshire Blvd., 15th Floor
   Los Angeles, California 90017
4  Tel: (213) 891-0700
5  Fax: (213) 896-0400

6  Attorneys for Reorganized Airmotive, Inc.,
   By and Through the Official Post Confirmation
7  Committee of Unsecured Creditors



8

9              UNITED STATES BANKRUPTCY COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11                   LOS ANGELES DIVISION

12  In re                          ) Case No. 2:99-bk-29222 ES
13  AIRMOTIVE, INC.,               ) Chapter 11
14                    Debtor,      )
15                                 ) **ORDER ON MOTION PURSUANT TO**
                                   ) **FEDERAL RULE OF BANKRUPTCY**
16                                 ) **PROCEDURE 3022 FOR ENTRY OF**
                                   ) **FINAL DECREE**
17                                 )
18                                 )
                                   ) Date: February 9, 2006
19                                 ) Time: 10:30 a.m.
                                   ) Place: Courtroom 1645
20                                 )        Roybal Federal Building
21                                 )        255 E. Temple Street, Los Angeles, CA
22

23       The Court having read and considered the Motion For Final Decree (the "Motion") filed

24  by Reorganized Airmotive, Inc., by and through the Official Committee of Unsecured Creditors

25  ("Airmotive"), the Declaration of Jeffrey I. Golden, Disbursing Agent, In Support Thereof, and

26  the subsequent Declaration of Jeffrey I. Golden Re Payment of Quarterly Post Confirmation

27  Chapter 11 Fees filed concurrently herewith, and noting that no opposition to the Motion was

28

BN 809182v1

received, and after finding that notice and an opportunity to request a hearing on the Motion was appropriate, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that:

1. The Motion is granted in its entirety;

2. This Order constitutes a Final Decree in this case pursuant to Federal Rule of Bankruptcy Procedure 3022; and

3. Jeffrey I. Golden, Disbursing Agent, is hereby authorized to make the payments required by the plan, including the payment of post effective date attorney fees, the HSBC claim and the payment to unsecured creditors as soon as is practicable.

Dated: 4/3/06

ERITHE SMITH
United States Bankruptcy Judge

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, California 90017-2457.

On the date set forth below, I served the foregoing document described as:

**ORDER ON MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3022 FOR ENTRY OF FINAL DECREE**

on all other parties and/or their attorney(s) of record to this action by _____ faxing and/or ____ placing a true copy thereof in a sealed envelope as follows:

See attached Service List

☒ **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Los Angeles, California on March 22, 2006. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on March 22, 2006, at Los Angeles, California.

☒ I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on March 22, 2006, at Los Angeles, California.

Shirlene Martin    _____
                        (Signature)

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

**ORDER ON MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3022 FOR ENTRY OF FINAL DECREE**

| In re Airmotive, Inc.<br>Bk. No. LA 99-29222 ES<br>Committee re: Airmotive – File No. C7820-0001 | | |
|---|---|---|
| Debtor<br>Airmotive, Inc.<br>c/o Jeffrey I. Golden, Esq. (disbursing agent)<br>Albert, Weiland & Golden, LLP<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA  92626 | Counsel for Debtor<br>David B. Golubchik, Esq.<br>Levene, Neale, Bender & Rankin<br>1801 Avenue of the Stars, Suite 1120<br>Los Angeles, CA 90067 | United States Trustee's Office<br>725 S. Figueroa St., 26th Floor<br>Los Angeles, CA 90017 |

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re  AIRMOTIVE, INC. | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER  2:99-bk-29222 ES |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:
   ORDER ON MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3022 FOR ENTRY OF FINAL DECREE

   was entered on *(specify date)*: **APR 4 2006**

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date): **APR 4 2006**


Dated: **APR 4 2006**

JON D. CERETTO
**Clerk of the Bankruptcy Court**

By: _____
**Deputy Clerk**

---

Rev. 1/01  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **F 9021 -1.1**

2002 © American LegalNet, Inc.

| In re Airmotive, Inc.<br>Bk. No. LA 99-29222 ES<br>Committee re: Airmotive – File No. C7820-0001 | | |
|---|---|---|
| Debtor<br>Airmotive, Inc.<br>c/o Jeffrey I. Golden, Esq. (disbursing agent)<br>Albert, Weiland & Golden, LLP<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA   92626 | Counsel for Debtor<br>David B. Golubchik, Esq.<br>Levene, Neale, Bender & Rankin<br>1801 Avenue of the Stars, Suite 1120<br>Los Angeles, CA 90067 | United States Trustee's Office<br>725 S. Figueroa St., 26th Floor<br>Los Angeles, CA 90017 |
| Bernard D. Bollinger, Jr.<br>Buchalter Nemer<br>1000 Wilshire Blvd., 15th Floor<br>Los Angeles, CA 90017 | | |